Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Romar Tallie

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Romar Tallie, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Auto Parts Networks, Inc.,<br><br>Defendant. | CASE NO.: 2:20-CV-01298-DDP-PVC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

//
//
//
//
//

1  Plaintiff Romar Tallie ("Plaintiff") hereby moves to dismiss this action
2  without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has neither
3  answered Plaintiff's Complaint, nor filed a motion for summary judgment.
4  Therefore, the Court may proceed to dismiss the above captioned action without
5  prejudice and without an Order of the Court.

Dated: March 2, 2020                    **KAZEROUNI LAW GROUP, APC**

                                        By: s/ Yana A. Hart
                                             Yana A. Hart, Esq.
                                             *Attorneys for Plaintiff*